CATHERINE D'AGOSTINO, as Administratrix of the Estate of LOUIS D'AGOSTINO, Deceased, Respondent, v. QUALITY COURTS MOTEL, Doing Business as CASTAWAYS RESORT MOTEL, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.